UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHUKWUMA AZUBUKO,

    Plaintiff,

v.

                                   Case No. 3:04-CV-496-J-99MCR

HYDE PARK POLICE STATION, CITY OF
BOSTON, MASSACHUSETTS,

    Defendant.
_____/

## ORDER

This Case is before the Court on the Magistrate Judge's Report and Recommendation (Dkt. 3). The Court notes that Plaintiff has filed "Plaintiff's Motions about Case's Status/Vacation" (Dkt. 5). which this Court construes as an untimely objection to the Report and Recommendation.

The Honorable Monte C. Richardson entered his report and recommendation on March 22, 2005. Upon consideration, the Court finds as follows:

The Report and Recommendation found that Plaintiff had the ability to pay the filing fee and further that Plaintiff's complaint should be dismissed because it is frivolous. Further, the Report and Recommendation found that the complaint has significant problems with jurisdiction and venue because the conduct involved allegedly occurred in Boston, Massachusetts, where the Plaintiff and the Defendant reside. Plaintiff's response fails to give the Court any legal reason to sustain his objections; Plaintiff's objections to the Report and Recommendation do not rationally address any of these issues. Consequently, Plaintiff has failed to raise any valid objections to the Report and Recommendation. Therefore, after independent review of the record and upon consideration of

Judge Richardson's Report and Recommendation, the Court adopts the Report and Recommendation in all respects.

Accordingly, it is

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. 3) is adopted and incorporated by reference.

2. The Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED.**

3. The Complaint is **DISMISSED.**

4. All pending motions are **DENIED as moot.**

**DONE AND ORDERED** at Jacksonville, Florida, this _6_ day of ~~May~~ June 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

2